UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:96-00095 |
| | ) | JUDGE CAMPBELL |
| ANDRE WATERS | ) | |

ORDER

Pending before the Court is the Defendant's Motion & Memorandum Of Law In Support Of Motion For Relief From A Final Judgment, Pursuant To Federal Rules Of Criminal Procedure Rule 60(b)(6) and 60(b)(5) (Docket No. 84), filed by the Defendant, pro se. The Government shall file a response to the Motion on or before October 1, 2012.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE