UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:96-00095 |
| | ) | JUDGE CAMPBELL |
| ANDRE WATERS | ) | |

## ORDER

Pending before the Court is an Unopposed Motion Seeking Judicial Recommendation (Docket No. 94) filed by counsel for Defendant Andre Waters. The Motion is GRANTED. Accordingly, the Court strongly recommends that the United States Bureau of Prisons retroactively designate the State of New York for the service of the federal sentence imposed on the Defendant in this case.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE